[Nos. 49653-1-I; 49942-4-I.  Division One.  June 30, 2003.]

SUNREAL, INC., *Appellant*, v. PONG'S CORPORATION, INC., *Respondent*.
SEA-TAC INVESTMENTS, L.L.C., *Plaintiff*, v. PONG'S CORPORATION, INC., *Defendant*.
LIGHTFOOTS, INC., *Plaintiff*, v. PONG'S CORPORATION, INC., *Defendant*.

Appeals from a judgment of the Superior Court for King County, No. 00-2-11383-8, Richard McDermott, J., entered November 8, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Ellington and Schindler, JJ.

[No. 49837-1-I.  Division One.  June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD GRILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07190-2, Joan E. DuBuque, J., entered December 7, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy and Agid, JJ.

[No. 50100-3-I.  Division One.  June 30, 2003.]

JAMES E. JOHNSON, ET AL., *Plaintiffs*, RAYMOND MELLO, ET AL., *Appellants*, v. CONSTRUCTION & CONSULTING, INC., *Defendant*, BRACE DEVELOPMENT CO., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-10562-2, J. Kathleen Learned, J., entered February 21, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Kennedy, J.